UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL DAVID RUDDY,

               Petitioner,

    v.

BRIAN D. PHILLIPS,

               Respondent.

Case No. 5:24-cv-02599-SRM-DTB

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [38]**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("R&R"). Petitioner Paul D. Ruddy ("Petitioner") filed objections to the R&R. Dkt. 53–54. The Court has conducted a *de novo* review of those portions of the R&R to which Petitioner objected. The Court **OVERRULES** those objections.

//

//

//

-1-

Accordingly, the Court concurs and accepts the Magistrate Judge's findings and recommendations in the R&R. Respondent's Motion to Dismiss is **GRANTED**. Dkt. 23. Petitioner's Motion Requesting Stay and Abeyance of Order Requiring Response to Petition is **DENIED**. Dkt. 13. The Court will issue a separate judgment.

**IT IS SO ORDERED.**

Dated:12/22/2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE