JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL DAVID RUDDY,

                    Petitioner,

           v.

BRIAN D. PHILLIPS,

                    Respondent.

Case No. 5:24-cv-02599-SRM-DTB

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: 12/22/2025

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-